UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/5/15
```

SAMUEL BLUNT,

                    Petitioner,

        -against-                                          14 Civ. 2333 (AT)(GWG)

ADA PEREZ, SUPERINTENDENT,                          **ORDER ADOPTING
                                                     REPORT AND
                    Respondent.                      RECOMMENDATION**

ANALISA TORRES, District Judge:

        On March 26, 2014, Petitioner, Samuel Blunt, filed a petition for a writ of habeas corpus
pursuant to 28 U.S.C. § 2254.  On April 14, 2014, the matter was referred to Magistrate Judge
Gabriel W. Gorenstein.

        After careful consideration, Magistrate Judge Gorenstein issued a Report and
Recommendation (the "R & R"), proposing that Petitioner's petition be denied.  Despite
notification of the right to object to the R & R, no objections were filed, and the time to do so has
passed.  *See* Fed. R. Civ. P. 72(b)(2).  When no objection is made, the Court reviews the R & R
for clear error.  *E.g.*, *Hicks v. Ercole*, 09 Civ. 2531, 2015 WL 1266800, at *1 (S.D.N.Y. Mar. 18,
2015).  The Court finds no clear error.  Accordingly, the Court ADOPTS the R & R in its
entirety.  Petitioner's petition is DENIED.

        The Clerk of Court is directed to close the case and to mail a copy of this order to
Petitioner *pro se*.

        SO ORDERED.

Dated: May 5, 2015
       New York, New York

                                                    _____
                                                          ANALISA TORRES
                                                    United States District Judge