UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL BLUNT,

                          Petitioner,

     -against-

ADA PEREZ,

                          Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2016

14 Civ. 2333 (AT) (GWG)

**ORDER ADOPTING REPORT AND <u>RECOMMENDATION</u>**

ANALISA TORRES, District Judge:

      On March 26, 2014, Petitioner, Samuel Blunt, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 14, 2014, the Court referred the matter to Magistrate Judge Frank Maas. Judge Maas issued a Report and Recommendation ("R & R") on April 15, 2015, proposing that Petitioner's petition be denied. The Court received objections from Petitioner dated May 4, 2015.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). When a party makes specific objections, the court reviews *de novo* those portions of the R & R to which objection is made. *Id.*; Fed. R. Civ. P. 72(b)(3). However, "when a party makes only conclusory or general objections, or simply reiterates the original arguments," the court reviews the R & R strictly for clear error. *Wallace v. Superintendent of Clinton Corr. Facility*, No. 13 Civ. 3989, 2014 WL 2854631, at *1 (S.D.N.Y. June 20, 2014); *see also Osborne v. Miller*, 557 F. Supp. 2d 435, 438-39 (S.D.N.Y. 2008) ("Reviewing courts should review a[n] [R & R] for clear error where objections are 'merely perfunctory responses,' argued in an attempt to 'engage the district court in a rehashing of the same arguments set forth in the original petition.'"). "[N]ew arguments and factual assertions cannot properly be raised for the first time in objections to the [R & R], and indeed may not be deemed objections at all." *Razzoli v. Fed. Bureau of Prisons*, No. 12 Civ. 3774, 2014 WL 2440771, at *5 (S.D.N.Y. May 30, 2014).

      "*Pro se* parties are generally accorded leniency when making objections." *Pinkney v. Progressive Home Health Servs.*, No. 06 Civ. 5023, 2008 WL 2811816, at *1 (S.D.N.Y. July 21, 2008). "Nonetheless, even a *pro se* party's objections to a[n] [R & R] must be specific and clearly aimed at particular findings in the magistrate's proposal, such that no party be allowed a 'second bite at the apple' by simply relitigating a prior argument." *Id.*

      Petitioner's objections do not specifically address any portion of the R&R; Petitioner instead rehashes his previous arguments and raises new arguments and factual assertions. Accordingly, the Court reviews for clear error.

      The Court has reviewed the thorough and well-reasoned R & R and finds no clear error. The Court ADOPTS the R & R in its entirety, and Petitioner's petition is DENIED.

      The Clerk of Court is directed to close the case and to mail a copy of this order to Petitioner *pro se*.

      SO ORDERED.

Dated: January 4, 2016
       New York, New York

                                                    ANALISA TORRES
                                         United States District Judge