UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL BLUNT,

          Petitioner,

-against-

ADA PEREZ, SUPERINTENDENT,

          Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/9/2019_____

14 Civ. 2333 (AT)(GWG)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    On March 11, 2019, Petitioner *pro se*, Samuel Blunt, filed a document entitled "motion to amend action and/or consolidation." ECF No. 29. After careful consideration, Magistrate Judge Gorenstein issued a Report and Recommendation (the "R & R"), proposing that Petitioner's motion be denied. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *E.g.*, *Hicks v. Ercole*, 09 Civ. 2531, 2015 WL 1266800, at *1 (S.D.N.Y. Mar. 18, 2015). The Court finds no clear error. Accordingly, the Court ADOPTS the R & R in its entirety. Petitioner's motion is DENIED.

    The Clerk of Court is directed to terminate the motion at ECF No. 29 and to mail a copy of this order to Petitioner *pro se*.

    SO ORDERED.

Dated: April 9, 2019
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge