USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _4/18/2019________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL BLUNT,

Petitioner,

-against-

ADA PEREZ, SUPERINTENDENT,

Respondent.

14 Civ. 2333 (AT)(GWG)

**AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION[1]**

ANALISA TORRES, District Judge:

On March 11, 2019, Petitioner *pro se,* Samuel Blunt, filed a document entitled "motion to amend action and/or consolidation." ECF No. 29. On March 20, 2019, after careful consideration, the Honorable Gabriel W. Gorenstein issued a Report and Recommendation (the "R&R"), recommending that Petitioner's motion be denied. ECF No. 30. On April 9, 2019, having received no timely objections, this Court reviewed the R&R for clear error, and finding none, issued an order adopting the R&R in its entirety. ECF No. 31.

On April 15, 2019, the Court received Petitioner's untimely objections to the R&R. ECF No. 32. Because it appears that Petitioner mailed his objections within the statutory time period, *see id.* at 4, and because *pro se* litigants are accorded special solicitude, *see Estelle v. Gamble,* 429 U.S. 97, 106 (1976), the Court will review Petitioner's objections. Upon review, the Court finds that Petitioner's objections are indecipherable and "not clearly aimed at particular findings in the [R&R]," *Bailey v. U.S. Citizenship & Immigration Serv.*, No. 13 Civ. 1064, 2014 WL 2855041, at *1 (S.D.N.Y. June 20, 2014). The Court, therefore, once again, reviews the R&R for clear error. *Id.*; *see also Wallace v. Superintendent of Clinton Corr. Facility*, No. 13 Civ. 3989, 2014 WL 2854631, at *1 (S.D.N.Y. June 20, 2014). The Court finds none. Accordingly, the Court ADOPTS the R&R in its entirety. Petitioner's motion is DENIED.

The Clerk of Court is directed to mail a copy of this order to Petitioner *pro se*.

SO ORDERED.

Dated: April 18, 2019
New York, New York

ANALISA TORRES
United States District Judge

[1] This order replaces the Court's order dated April 9, 2019 at ECF No. 31 in its entirety.